UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARGARET A. GURLEY,

             Plaintiff,

          -against -

TATE & KIRLIN ASSOCIATES, INC.,

             Defendant.
----------------------------------------------------------X

1:05-cv-10170 (WHP)

PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL

TO:    ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that, in light of the settlement of the above-captioned case, and pursuant

to Fed. R. Civ. P. 41(a)(1), Plaintiff voluntarily dismisses the above-captioned action against

Defendant with prejudice.

Dated: May 9, 2006
       New York, NY

FleischmanLaw, P.C.

By:             /s/
           Jay S. Fleischman, Esq. (JF 5433)
           15 Maiden Lane, Suite 2000
           New York NY  10038
           212.785.1136
           jay@drlcny.com

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARGARET A. GURLEY,

              Plaintiff,             1:05-cv-10170 (WHP)

          -against -            CERTIFICATE OF SERVICE

TATE & KIRLIN ASSOCIATES, INC.,

              Defendant.
---------------------------------------------------------------X

THE UNDERSIGNED does hereby certify that:

1.    I am over the age of 18, a citizen of the United States, and am competent to testify as to the matters

stated herein.

2.    That I am familiar with the standard mailing practices of my office and that the copies were sent to

the United States Post Office on the same day this certificate of service was generated.

3.    On May 9, 2006 a copy of the PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL was

mailed to the following parties via first class mail, postage prepaid, with sufficient postage thereon:

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia, PA  19154-1207

DATED: May 9, 2006

                                        FleischmanLaw, P.C.

By:                /s/
                        Jay S. Fleischman, Esq. (JF 5433)
                        15 Maiden Lane, Suite 2000
                        New York NY  10038
                        212.785.1136
                        jay@drlcny.com